Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY W. KASTER, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES LLC, <br><br> Defendant. | Case No. 2:18-cv-01960-JCM-VCF <br><br> **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** <br><br> **(FIRST REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from November 5, 2018 through and including **December 5, 2018**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions.

///

///

///

This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 31st day of October, 2018.

                SNELL & WILMER LLP

                By: /s/ *Bradley Austin*
                Bradley T. Austin
                Nevada Bar No. 13064
                3883 Howard Hughes Pkwy., Suite 1100
                Las Vegas, NV 89169
                Tel: 702-784-5200
                Fax: 702-784-5252
                Email: baustin@swlaw.com

                *Attorneys for Defendant*
                *Equifax Information Services LLC*

                ***No opposition***

                /s/ *David Krieger*
                David H. Krieger, Esq.
                Nevada Bar No. 9086
                HAINES & KRIEGER, LLC
                8985 S. Eastern Ave., Suite 350
                Henderson, NV 89123
                Phone: (702) 880-5554
                FAX: (702) 385-5518
                Email: dkrieger@hainesandkrieger.com

                *Attorneys for Plaintiff*

                **IT IS SO ORDERED:**

                United States Magistrate Judge
                DATED: October 31, 2018

4842-6948-8761